IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 385 SOUTH ZUNI STREET, DENVER, COLORADO, 80223; AND
2. $10,914.00 IN UNITED STATES CURRENCY;

    Defendants.

_____

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

JURISDICTION AND VENUE

1. The United States of America has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. §§ 981(a)(1)(C) and 2428, seeking forfeiture of the defendant property based upon violations of 18 U.S.C. §§ 1952(a)(3)(A)[1] and 2421[2]. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

---

[1] Title 18 U.S.C. § 981(a)(1)(C) provides for the forfeiture of any property constituting or derived from proceeds traceable to a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7). In turn, 18 U.S.C. § 1956(c)(7) includes any offense listed in 18 U.S.C. § 1961(1) as a "specified unlawful activity." Title 18 U.S.C. §§ 1952 and 2421 are included in 18 U.S.C. § 1961(1).

[2] Title 18 U.S.C. § 2428(b)(1) authorizes forfeiture of "[a]ny property, real or personal, used or intended to be used to commit or to facilitate the commission of any violation of this chapter and [ ] [a]ny property, real or personal, that constitutes or is derived from proceeds traceable to any violation of this chapter."

1

2. Venue is proper under 28 U.S.C. § 1395, as the defendant property is located and the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

Defendant property is more fully described as follows:

3. 385 South Zuni Street, Denver, Colorado 80223 ("defendant 385 South Zuni Street"), more fully described as:

> PLOT 7 EXC REAR 8FT TO CITY BLK 1 MOUNTAIN VIEW PARK, county of Denver, state of Colorado.

The property was purchased on July 27, 2016, for $510,000.00. It is currently titled in the name of Kim Nguyen.

4. $10,914.00 in United States currency was seized from Ken Fan and Xinrang Yang on June 10, 2020. The defendant currency is currently in the custody of the Denver Police Department.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Investigation Overview**

5. In late April 2019, the Denver Police Department ("DPD") received three separate tips from Crime Stoppers relating to prostitution activity at defendant 385 South Zuni Street (sometimes referred to as "the defendant property").

---

Pursuant to 18 U.S.C. § 2428(b)(2), 18 U.S.C. § 981 provides the procedural framework for forfeiture of property that is subject to forfeiture under 18 U.S.C. § 2428.

6.     On April 23, 2019, DPD received the first Crime Stoppers tip, which relayed that males were arriving at and departing from defendant 385 South Zuni Street. The tipper also told DPD that there was an Asian male with black hair in his thirties, wearing glasses, and talking on the phone outside the residence. The Asian male told whomever he was talking to on the phone that he had an Asian girl working that day and that she charges $180.00 per hour. The tipper told police the Asian male was Ken Fan.

7.     On April 26, 2019, DPD received a second Crime Stoppers tip. DPD was told that an Asian male in his thirties named Ken is the owner of defendant 385 South Zuni Street and that there have been males going into the house and leaving in less than an hour. Also, there was an Asian female in her twenties at the house. The tipper told police that when the Asian female opens the door she is dressed in lingerie.

8.     On April 29, 2019, a third Crime Stoppers tip came in to DPD. The tip stated that only males came into the house at 358 S. Zuni Street. The tipper said that the house was rented by a Chinese male around 35 years old who wears glasses and has black hair. This tipper also named the Asian male as Ken.

9.     Pursuant to the Crime Stoppers tips, DPD began investigating Ken Fan and the property at 385 South Zuni Street. Law enforcement officers discovered that Fan lives at 1038 South Grove Street, Denver, Colorado, and drives a gray 2015 Toyota 4Runner.

10.    Throughout the investigation, law enforcement officers learned that at least four individuals were working together to violate 18 U.S.C. §§ 1952(a)(3)(A) and

2421 by trafficking women in and out of Colorado to engage in commercial sex acts at defendant 385 South Zuni Street.

11. The primary individuals identified are: Kim Nguyen, Ken Fan, Xinran Yang, and Fu-Sheng Chao.

12. Kim Nguyen owns the defendant property and has been present at the property during the investigation. She has also been observed talking to Fan and Yang at the defendant property while the illegal activity is occurring.

13. Ken Fan and his girlfriend, Xinran Yang, a/k/a "YuYu," a/k/a "Mamasan," manage the brothel together and are the two in direct contact with the "Johns," or buyers. Yang has been observed opening the door for numerous "Johns" as they come to the residence and maintains the property.

14. Fu-Sheng Chao is the driver for the operation, picking the young women up at the airport and dropping them off at the defendant property, as well as moving them from the defendant property to the airport and elsewhere, facilitating the transportation of these young women to engage in commercial sex acts.

**Initial Surveillance at Defendant 385 South Zuni Street**

15. Beginning on May 1, 2019, law enforcement officers conducted surveillance at defendant 385 South Zuni Street.

16. Law enforcement officers observed numerous males park their cars outside the defendant property and enter the defendant property for about 30 minutes before leaving. This is indicative of male buyers, or "Johns," going into a residential brothel for commercial sex.

17. Law enforcement also observed Fan's Toyota 4Runner at the residence at various times of the day, including early in the morning and late at night.

18. Between October 23, 2019, and November 24, 2019, detectives observed at least 72 "Johns" enter the rear of the house on foot and at least 81 "Johns" drive to the back area of the house and enter the house.

**July 8, 2019 Surveillance at Defendant 385 South Zuni Street**

19. On July 8, 2019, Fan met another Asian male outside of defendant 385 South Zuni Street. The second man had parked a black Toyota Sienna van across the street.

20. The man exited the van and walked across the street to meet Fan at defendant 385 South Zuni Street. Both men walked into the house and, a few minutes later, the second man came back out of the house holding a white plastic grocery bag. The bag was wrapped tightly around the contents of the bag, and the man was swinging it around in his hand.

21. Law enforcement officers observed that the grocery bag contained a large amount of cash, which appeared to be folded and rubber banded together and, collectively, was about the size of a softball. The man carrying the bag left in the Toyota Sienna van.

**First Confidential Informant**

22. On October 23, 2019, a DPD detective and agents with Homeland Security Investigations ("HSI") spoke regarding information from a possible "John" at the defendant property.

23. The "John" informed HSI that there were females prostituting out of the defendant property and that they were living inside. The "John" stated that one of the girls specifically confided in him while he was there. He thought that she was about 18 to 19 years old.

24. The sex worker told him that she was from Shanghai and that she worked at a legitimate nail salon. She further confided in the "John" that one day she was drugged and she woke up naked next to a man who recruits women to come to America.

25. She told the "John" that the recruiter had pictures of her naked, which he showed to her family who shamed her and told her not to come back, leaving her no choice but to come to America with the recruiter. She told the "John" that she initially arrived in San Francisco and then came to Denver. She further confided that she would again be leaving within a month.

**Second Confidential Informant**

26. On October 30, 2019, a DPD detective spoke to a previously reliable Confidential Informant ("CI") about the prostitution activity occurring at defendant 385 South Zuni Street. The CI confirmed there was prostitution at the defendant property.

27. The CI stated that he/she was able to gain access to the house through the back door, as he/she was let inside by the "mamasan." The CI said that he/she was offered sex while inside the house and he/she was told that it would cost $160 for 30 minutes or $200 for 1 hour.

28. The CI also stated that he/she saw one girl besides the "mamasan" inside and the "mamasan" told the CI that the girl was 20 years old. The CI said that the girl was wearing lingerie.

29. The CI was also told by the "mamasan" that her name was "YuYu", and she could be contacted at (720) 755-8105 if he/she wanted to come over. The CI then texted that number and he/she saw the text pop up on "YuYu's" phone.

**Transportation of Sex Workers to the Defendant Property**

30. On five separate occasions, law enforcement officers observed Fu-Sheng Chao arrive at the defendant property in a gold Honda Odyssey van. Each time he was observed at the residence he was either dropping off or picking up a young Asian woman.

31. It is common for human trafficking victims to be moved from place to place frequently to avoid being detected by law enforcement and so they don't become familiar with the operation or the people who run it.

November 6, 2019

32. On November 6, 2019, law enforcement officers observed a gold Honda Odyssey van pull into the back of the defendant property. After a short time, Yang exited the defendant property with a young Asian woman with a suitcase and several bags.

33. The driver, Chao, got out of the Honda van to assist in loading the luggage.

34. The young woman got into the van. Chao spoke briefly with Yang and then drove away.

7

### November 9, 2019

35. On November 9, 2019, Chao arrived at the defendant property in the van and pulled up at the rear entrance. Chao stepped out of the van and made a phone call with his cell phone.

36. A short time later, Yang exited the rear of the house with a young Asian woman and a large suitcase. The young woman got into the van while Chao loaded the suitcase. Yang re-entered the house and Chao drove the van and the young woman away.

### November 11, 2019

37. On November 11, 2019, Chao arrived at the defendant property in his Honda van and opened the back hatch to unload a large suitcase. Yang came out of the house to meet Chao at the door and a young Asian woman exited the van and entered the house with Yang.

38. Also on November 11, 2019, Chao arrived back at the defendant property later in the evening. Chao opened the back of the Honda van and Yang exited the house with a young Asian woman and two suitcases. Chao loaded the suitcases into the van and he and the young woman got into the van and drove away.

November 21, 2019

39. On November 21, 2019, Chao pulled the Honda van into the back of the defendant property. Chao exited the driver's side of the van and opened the rear hatch. Chao then pulled a large suitcase out of the back of the van. The suitcase had what appeared to be an airline baggage tag on it.

40. A young Asian woman got out of the passenger side of the van. She had a neck pillow hooked to her backpack. It appeared that she had come directly from the airport. Chao and the young woman went to the back door of the residence and rang the bell. Chao returned to the van and drove away. The young woman was let inside the residence by Yang.

January 6, 2020

41. On January 6, 2020, law enforcement officers followed Chao to Denver International Airport ("DIA"). Chao drove erratically and made several stops along the way. When he finally arrived at the airport, he picked up two young Asian woman with luggage and quickly loaded the women and luggage into the Honda van and left.

42. Chao dropped the women off at 8867 Nightingale Way, Highlands Ranch, Colorado. The two women got out of the van and entered the garage of the residence.

January 9, 2020

43. On January 9, 2020, a GPS tracker was placed on Chao's Honda van. Detectives were able to observe Chao coming and going from DIA several times a day. He has been observed going directly from DIA to Fort Collins, from DIA to Colorado Springs, from Vail to DIA, and between numerous other parts of Colorado and DIA.

9

January 23, 2020

44. On January 23, 2020, law enforcement officers observed Chao drop off an Asian woman at DIA. The woman went to the Delta ticket counter and retrieved a boarding pass for a flight to JFK international Airport in New York City.

January 31, 2020

45. On January 31, 2020, the tracker indicated that Chao's van stopped at the west departures area at DIA.

46. Shortly thereafter, law enforcement officers observed Chao arrive at defendant 385 South Zuni Street in the Honda Odyssey van. An Asian woman got out of the van with her luggage and was let in the back door of the house by Yang.

47. Based on the tracker information and the arrival at the defendant property, Chao picked up the woman at DIA and took her directly to defendant 385 South Zuni Street.

February 1, 2020

48. On February 1, 2020, Chao's Honda Odyssey van arrived at defendant 385 South Zuni Street. An Asian woman with luggage exited the back of the house with Yang.

49. The woman got into Chao's van and her luggage was loaded into the van. Chao drove the woman to the west departures area of Denver International Airport.

February 13, 2020

50. On February 13, 2020, the Chao's gold Honda Odyssey van pulled into the back of defendant 385 South Zuni St. at approximately 2:48 am.

51. Chao got out of the van and then opened the trunk. Yang came out of the back door of the house with the same Asian woman who was dropped off at defendant 385 South Zuni Street by Chao on January 31, 2020.

52. The woman got into Chao's van with her luggage and the van drove away from the residence. Chao's van proceeded directly to DIA and dropped the woman off at DIA at approximately 3:45 am.

<u>February 29, 2020</u>

53. On February 29, 2020, the Honda Odyssey van picked up a woman at DIA at approximately 11:04 p.m. At approximately 11:32 p.m. detectives observed the Honda Odyssey van pulling into the back of the house at defendant 385 South Zuni Street. Chao and the woman got out of the van. The woman has her luggage with her. Yang let the woman inside the back door of the house.

<u>March 21, 2020</u>

54. On March 21, 2020, Chao arrived at the defendant property in the Honda odyssey van. A woman exited the back of the house with luggage and got into Chao's van.

55. Later that day, the van arrived at DIA where Chao dropped the woman off.

<u>May 6, 2020</u>

56. On May 6, 2020, the Chao's van arrived at defendant 385 South Zuni Street. Chao got out of the van with an Asian woman who had a maroon suitcase. The woman entered the house and Chao drove away.

57. Camera footage from DIA shows Chao picking the Asian woman up at DIA earlier that night.

**Kim Nguyen's Involvement**

58. In addition, to owning defendant 385 South Zuni Street, Nguyen was also observed at the property during the period when law enforcement officers observed human trafficking and prostitution taking place at the defendant property.

59. Specifically, Nguyen was observed at the defendant property on the following dates: November 3, 2019; November 4, 2019; February 1, 21020; February 2, 2020; February 3, 2020; March 4, 2020; and June 3, 2020.

60. On February 1, 2020, Nguyen was observed entering the house with a female victim of human trafficking. That day Nguyen was also observed speaking outside the house with Yang.

61. On March 4, 2020, Nguyen arrived at the defendant property and went into the house when Fan and Yang were both known to be inside the house.

62. On June 3, 2020, Nguyen was observed speaking to Fan and Yang in the backyard at the defendant property.

**Kim Nguyen Criminal History**

63. Before she bought defendant 385 South Zuni Street, Kim Nguyen owned the residence at 246 South Grove Street, Denver, Colorado 80219. On February 19, 2014, law enforcement officers executed a search warrant at this property and discovered that it was being used as a brothel.

64. Nguyen was charged with pimping and conspiracy to commit pimping. On May 29, 2015, Nguyen pleaded guilty to conspiracy to commit pimping and also to an added count of keeping a place of prostitution.

**Information Provided by Witness on January 16, 2020**

65. On January 16, 2020, DPD detectives contacted a witness whom they observed at the property through surveillance. The witness told the detectives that he learned of the residential brothel at the defendant property by searching for escorts online.

66. The witness responded to the advertisement by texting the phone number provided and was sent the address of the defendant property.

67. The witness said he had been to the brothel on three separate occasions. On each occasion, he was escorted to a bedroom by whomever had let him inside. On two occasions, an older Asian woman let him inside.

68. The witness stated that each time he visited the brothel he had sexual intercourse with a different Asian woman. He stated that he would give the young woman $200, which included a tip, and have sexual intercourse with her.

69. A DPD detective later showed the witness a photograph of Xinran Yang, and the witness confirmed that Yang was the female who was working inside of defendant 385 South Zuni Street as the "mamasan."

70. DPD detectives searched the internet for prostitution advertisements at the defendant property and found the following advertisement from the website ibackpage.com:

> Asian beautiful girls 646-629-6455 bes t massage - 24
> 646-629-6455
> 9.00am -12:00am
> 385 s Zuni st Denver co 80223
> No black people
> Give me I call I'd Love to Meet Now,
> i new lovely girls
> I just Can't Wait!! I like to meet new people

13

& Have FUN!!!
If you are looking for a once in a lifetime experience!!
Call or text me nowDon't hesitate!
Why wait You wont regret it!!

71. Detectives also found the following advertisement on skipthegames.eu:

[][][]650-307-8766[][][]No black people[][][]best massage[][][][]24 years old
650-307-8766
9.00am -12.00am
385 s Zuni st Denver co 80223
No black people
Let Us Design a Massage to Exceed Your Expectations!
We use techniques such as lighter soft touch to achieve optimal results for your need
Ready to provide the very best service,
To ensure you have a relaxing experience
we're committed to helping you refresh your body and mind.
Clean private room hot towel treatment

72. On May 6, 2020, detectives also learned of at least one other internet advertisement on "CityXGuide" from a "John" they contacted immediately after he left defendant 385 South Zuni Street.

**Ken Fan Financials**

73. DPD detectives obtained search warrants for Ken Fan's FirstBank account for the time period of March 1, 2020 through April 22, 2020.

74. On March 25, 2020, Fan made a cash deposit of $11,000.00 into his FirstBank account.

75. On March 27, 2020, Fan made a cash deposit of $22,000.00 at the same FirstBank branch as the previous cash deposit.

76. Fan is apparently employed at the Orion Sushi restaurant at 11068 W. Jewell Avenue, Denver, Colorado. On April 22, 2020, a DPD detective observed a sign

14

on the door of the restaurant which read, "Temporary Close," presumably due to the current COVID-19 pandemic.

**August 26, 2020 Interview of Ken Fan**

77. On August 26, 2020 Ken Fan was interviewed by law enforcement agents. During this interview, Mr. Fan was questioned about the brothel at defendant 385 South Zuni Street.

78. Mr. Fan told law enforcement agents that the owner of defendant 385 South Zuni Street, Kim Nguyen, recruited him to live at defendant 385 South Zuni Street and to oversee it as a brothel. He told law enforcement agents that he moved into defendant 385 South Zuni Street in April 2019.

79. Mr. Fan stated that he did not pay rent to live at the property. Instead, he oversaw the brothel and he gave Kim Nguyen a cut of $20 for every prostitution transaction that occurred in defendant 385 South Zuni Street while he was overseeing the brothel. Mr. Fan estimated that he gave Ms. Nguyen approximately $4,000 to $6,000 out of the proceeds of the brothel every month.

<u>DEFENDANT PROPERTY</u>

**Defendant 385 South Zuni Street and Defendant $10,914.00 in United States Currency**

80. Defendant 385 South Zuni Street is titled to Kim Nguyen. It was purchased in July 2016 for $510,000.00.

81. Through surveillance, Kim Nguyen was observed at the defendant property a total of twelve times from November 3, 2019 to June 24, 2020. At least seven of these visits occurred during the period when law enforcement officers observed human trafficking and prostitution taking place at the defendant property.

15

82. On several occasions during the period when law enforcement officers observed human trafficking and prostitution taking place at the defendant property, Nguyen was observed speaking with Yang and Fan or entering the house when Fan and Yang were inside.

83. On June 10, 2020, DPD executed a search warrant at defendant 385 South Zuni Street.

84. When law enforcement officers searched the defendant property they discovered two Asian women inside. They also found that multiple rooms inside the house were specifically outfitted for prostitution. Specifically, they observed bedrooms with condoms and lubricant.

85. Inside the house, detectives found loose United States currency totaling $105.00.

86. On the second floor of the house law enforcement officers also found $4,570.00 in United States currency in a small bank style bag on a shelf in a closet.

87. Law enforcement officers arrested Fan and Yang in their car after it left the defendant property. They were charged with pattern of racketeering, pimping, pandering, and keeping a place of prostitution.

88. After Fan and Yang were arrested, detectives found $6,239.00 in United States currency in Yang's purse.

89. The cash found at the defendant property combined with the cash found in Yang's purse totals defendant $10,914.00 in United States currency.

90. Based on the foregoing, defendant 385 South Zuni Street was used by Kim Nguyen, Ken Fan, Xinrang Yang, and Fu-Sheng Chao, among others, to further

their agreement to violate 18 U.S.C. § 2421, and is therefore forfeitable to the United States pursuant to 18 U.S.C. § 2428(b)(1)(A).

91. Based on the foregoing, defendant $10,914.00 in United States currency seized from Ken Fan and Xinrang Yang on June 10, 2020, constitutes property, real or personal, that constitutes or is derived from proceeds traceable to the illegal transportation of individuals to engage in prostitution in violation of 18 U.S.C. § 1952(a)(3)(A) and 18 U.S.C. § 2421, and is therefore forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 2428(b)(1)(B).

*[Remainder of page intentionally left blank.]*

## VERIFICATION OF SHANNA MICHAEL

## TASK FORCE OFFICER, FEDERAL BUREAU OF INVESTIGATION

I, Task Force Officer Shanna Michael, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*[signature]* 03008
SHANNA MICHAEL
Task Force Officer – FBI

## FIRST CLAIM FOR RELIEF

92. The Plaintiff repeats and incorporates by reference the paragraphs above.

93. By the foregoing and other acts, defendant 385 South Zuni Street, Denver, Colorado, constitutes property used or intended to be by Kim Nguyen, Ken Fan, Xinrang Yang, and Fu-Sheng Chao, among others, to further their agreement to violate 18 U.S.C. § 2421, and is therefore forfeitable to the United States pursuant to 18 U.S.C. § 2428(b)(1)(A).

## SECOND CLAIM FOR RELEIF

94. The Plaintiff repeats and incorporates by reference the paragraphs above.

95. By the foregoing and other acts, defendant $10,914.00 in United States currency, constitutes property, real or personal, that constitutes or is derived from proceeds traceable to the illegal transportation of individuals to engage in prostitution in violation of 18 U.S.C. § 1952(a)(3)(A) and 18 U.S.C. § 2421, and is therefore forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 2428(b)(1)(B).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 14th day of September 2020.

    Respectfully submitted,

    JASON R DUNN
    United States Attorney

By: s/ *Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*