INDEX AS KIM NGUYEN, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-2770

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **385 SOUTH ZUNI STREET, DENVER, COLORADO, 80223;** AND
2. $10,914.00 IN UNITED STATES CURRENCY;

    Defendants.

---

## NOTICE OF LIS PENDENS

---

RECORD TITLE OWNER: KIM NGUYEN

PLEASE TAKE NOTICE that the United States of America filed a *Verified Complaint for Forfeiture In Rem*, in which the United States seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. § 2428, forfeiting to the United States all right, title, and interest in and to the following real property:

    a. 385 South Zuni Street, Denver, Colorado 80223, more fully described as: PLOT 7 EXC REAR 8FT TO CITY BLK 1 MOUNTAIN VIEW PARK, county of Denver, state of Colorado.

DATED this 14th day of September 2020.

                                Respectfully submitted,

JASON R DUNN
United States Attorney

By: *s/ <u>Elizabeth Young</u>*
Elizabeth Young
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for Plaintiff*