IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-2770-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     385 SOUTH ZUNI STREET, DENVER, COLORADO, 80223; AND
2.     **$10,914.00 IN UNITED STATES CURRENCY;**

    Defendants.

___

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***

___

THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant asset, that there is probable cause to believe the defendant asset is subject to forfeiture, and that a Warrant for Arrest of the following defendant asset should enter:

    a. $10,914.00 in United States currency.

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant asset as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons

1

claiming or asserting an interest in the defendant asset must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Elizabeth Young<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Suite 1600<br>Denver, Colorado 80202 |

SO ORDERED this 15th day of September, 2020.

BY THE COURT:


　　　s/Lewis T. Babcock_____
United States District Judge