**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-01770-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     385 SOUTH ZUNI STREET, DENVER, COLORADO 80223; and
2.     $10,914.00 IN UNITED STATES CURRENCY,

        Defendants.

_____

**ORDER RESTRICTING THE VERIFIED COMPLAINT FOR FORFEITURE IN REM**
_____

THIS MATTER comes before the Court on the United States' Motion for Leave to Restrict the Verified Complaint for Forfeiture In Rem (Doc 2 - filed September 14, 2020), and the Court being fully apprised, ORDERS that the Motion is GRANTED and that the Verified Complaint, as well as any order revealing the contents of that Complaint is RESTRICTED under LEVEL 2, limiting access to the filing party and the Court, until further order of the Court.

                                  BY THE COURT:

                                  _s/Lewis T. Babcock_
                                  Lewis T. Babcock, Judge

DATED:   September 15, 2020