IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-02770-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     385 SOUTH ZUNI STREET, DENVER, COLORADO, 80223; and
2.     $10,914.00 IN UNITED STATES CURRENCY;

     Defendants.

---

### NOTICE OF COMPLAINT FOR FORFEITURE

---

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem* ("Verified Complaint"), seeking forfeiture of the above defendant assets. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in any of the defendant assets, you must file a Claim with the Court by September 27, 2022, Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

     (1)     identify the specific property claimed;

     (2)     identify the claimant and state the claimant's interest in the property; and

     (3)     be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets identified above by sending documentation to the Federal Bureau of

Investigation, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must then file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than: (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.  (Doc. 6).

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of them to the Assistant United States Attorney, at the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 23rd day of August 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/ *Elizabeth Young*
Elizabeth Young
Assistant U.S. Attorney

2

U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2022, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and *Magistrate Judge Consent Form with Instructions*, were mailed via regular and Certified Mail to:

Kim Nguyen
7812 W. Oxford Circle
Lakewood, CO 80235
**Cert # 7021 0350 0002 0599 3361**

Harvey Steinberg
Springer & Steinberg
1600 Broadway UNIT 1200
Denver, CO 80202
**Cert # 7021 0350 0002 0599 3378**

Ken Fan DOC # 153508
BVCC – Buena Vista Correctional Complex
PO BOX 2017
Buena Vista, CO 81211
**Cert # 7021 0350 0002 0599 3347**

Xinrang Yang
510 S. Stuart St.
Denver, CO 80219
**Cert # 7021 0350 0002 0599 3354**

s/ *Jody Gladura*
*FSA* Federal Paralegal
U.S. Attorney's Office