UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 20-cv-02770-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    385 SOUTH ZUNI STREET, DENVER, COLORADO, 80223; and
2.    $10,914.00 IN UNITED STATES CURRENCY;

    Defendants.

## NOTICE OF FILING OF STATEMENTS OF CLAIM

Claimant Kim Nguyen, by and through her attorneys from the law firm of Springer & Steinberg, P.C., hereby submit the attached Statement of Claim, verifying Claimant's interests in the Defendant asset 385 South Zuni Street, Denver, Colorado, 80223 and contesting its forfeiture.

DATED this 27th day of September, 2022.

                                              Respectfully submitted,
                                              SPRINGER & STEINBERG, P.C.

                                              By:/s/ *Harvey A. Steinberg*
                                                  Harvey A. Steinberg
                                                  Attorney for Claimant
                                                  1600 Broadway, Suite 1200
                                                  Denver, Colorado 80202
                                                  (303) 861-2800
                                                  hsteinberg@springersteinberg.com

# STATEMENT OF CLAIM OF KIM NGUYEN

COMES NOW, Claimant Kim Nguyen, by and through her attorneys, and files this Statement of Claim seeking return of assets seized by civil forfeiture, as set forth below.

1. Kim Nguyen ("Claimant"), without waiving any rights, including those afforded by the Fifth Amendment to the United States Constitution, contests the forfeiture of the following assets:
    1) 385 South Zuni Street, Denver, Colorado 80223

2. Claimant is an owner of the asset listed above.

3. This statement is true and correct and made under penalty of perjury pursuant to the laws of the United States.


By: Claimant

_____
Kim Nguyen

9/26/22

# CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of September, 2022, I filed the foregoing via CM/ECF which will provide notice to:

**AUSA ELIZABETH YOUNG**
Elizabeth.Young2@usdoj.gov

                                                  /s/*Stacey Lopez*
                                                  Stacey Lopez