IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-02770-LTB-SKC

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  385 SOUTH ZUNI STREET, DENVER, COLORADO, 80223; and
2.  $10,914.00 IN UNITED STATES CURRENCY;

  Defendants.

_____

**NOTICE OF PUBLICATION**
_____

  I hereby certify that pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the attached *Notice of Forfeiture Action* was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 28, 2023, as evidenced by the attached *Advertisement Certification Report*.

  DATED this 28th day of August 2023.

            COLE FINEGAN
            United States Attorney

         By: s/ *Elizabeth Young*
            Elizabeth Young
            Assistant U.S. Attorney
            U.S. Attorney's Office
            1801 California Street, Ste. 1600
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            E-mail: Elizabeth.Young2@usdoj.gov
            *Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                                                    s/ *Jody Gladura*
                                                    FSA Federal Paralegal
                                                    U.S. Attorney's Office